UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL ELIZABETH WALASHEK, Individually and as successor-in-interest to THE ESTATE OF MICHAEL WALASHEK and THE ESTATE OF CHRISTOPHER LINDEN, et al., | Case No.:  14cv1567 BTM(BGS) |
| Plaintiffs, | **ORDER GRANTING CROWN CORK & SEAL COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | |

On June 30, 2015, Defendant Crown Cork & Seal Company, Inc. ("Crown") filed a motion for summary judgment against Plaintiffs.  On July 24, 2015, Plaintiffs filed a notice of non-opposition to Crown's motion.

On June 17, 2014, Plaintiffs commenced this wrongful death and survival action in state court.  The Complaint alleges that Michael Walashek's exposure to asbestos and asbestos-containing products, in the course of performing his work for various employers, resulted in severe and permanent injury and ultimately death.  On June 27, 2014, this action was removed to federal court.

1

1    Crown has been sued individually and as successor-in-interest to Mundet

2  Cork Company ("Mundet").  Crown moves for summary judgment on the ground

3  that (1) Plaintiffs cannot show that Crown ever manufactured, distributed,

4  advertised, sold, installed or removed asbestos or any kind of asbestos-containing

5  product; and (2)  Plaintiffs cannot establish that the decedent was ever exposed to

6  asbestos from working with or around any Crown or Mundet products.

7    Crown has submitted evidence that Crown has never been in the business

8  of manufacturing, distributing, advertising, selling, installing or removing asbestos

9  or any type of asbestos-containing products.  (Krzyzanowski Decl. ¶ 3.)  Crown

10  also points to Plaintiffs' discovery responses, which fail to identify specific

11  documents or facts supporting Plaintiffs' claims against Crown.  (Def.'s Exs. J, K.)

12    In Plaintiffs' Initial Disclosure Statement, Plaintiffs identified James Doud,

13  Ron Gray, and Frank Walashek as the individuals who possess general knowledge

14  of the decedent's work with and around asbestos-containing products and

15  materials.  (Def.'s Ex. F.)  However, at their depositions, Plaintiffs stipulated that

16  each of these witnesses had no personal information against Crown (individually

17  and as successor-in-interest to Mundet) and would not be testifying against Crown

18  in this case.  (Def.'s Exs. G, H, I.)

19    Crown has satisfied its initial burden of production on summary judgment by

20  showing that Plaintiffs have insufficient evidence of an essential element of their

2

1    case – i.e., that Mr. Walashek was exposed to any asbestos-containing product

2    attributable to Crown or Mundet.  "In the context of a cause of action for asbestos-

3    related latent injuries, the plaintiff must first establish some threshold exposure to

4    the defendant's defective asbestos-containing products, and must further establish

5    in reasonable medical probability that a particular exposure or series of exposures

6    was a "legal cause" of his injury, i.e., a *substantial factor* in bringing about the

7    injury."  Rutherford v. Owens-Illinois, Inc., 16 Cal. 4th 953, 982 (1997).

8         Because Crown has satisfied its initial burden, the burden shifts to Plaintiffs,

9    who must produce enough evidence to create a genuine issue of material fact.

10   See Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986).  Plaintiffs have not

11   submitted any evidence in opposition to the motion and have instead filed a notice

12   of non-opposition.

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

3

14cv1567 BTM(BGS)

1    Therefore, the Court **GRANTS** Crown's motion for summary judgment [Doc.

2  244] against Plaintiffs.  Because the Court finds that there is no just reason for

3  delay, the Court orders the Clerk to enter final judgment in favor of defendant

4  Crown Cork & Seal Company, Inc.

5  **IT IS SO ORDERED.**

6   Dated:  September 8, 2015

7                                                  Barry Ted Moskowitz, Chief Judge
                                                   United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

4